**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**ORLANDO LANCASTER**                                                **PLAINTIFF**

v.                  **CASE NO. 5:13CV00298 BSM**

**COURTNEY KELLY, Former
Correctional Officer, Dub Brassell
Adult Detention Center; and JEFFERSON
COUNTY SHERIFF DEPARTMENT**                      **DEFENDANTS**

## ORDER

The proposed findings and recommended partial disposition submitted by United States Magistrate Judge Joe J. Volpe have been reviewed. No objections have been filed. After careful consideration and a *de novo* review of the record, it is found that the findings and recommendation should be, and hereby are, approved and adopted in their entirety.

IT IS, THEREFORE, ORDERED THAT:

1.     The Jefferson County Sheriff Department is dismissed as a defendant from this cause of action, pursuant to 28 U.S.C. § 1915(e)(2), for plaintiff's failure to state a claim upon which relief may be granted.

DATED this 14th day of November 2013.

_____
UNITED STATES DISTRICT JUDGE